In the Matter of the Claim of JULIA PAOLOMINY, Respondent, against CHARLES E. McCRODDEN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of SOPHIA OSCARVITZ, Respondent, against VAN ALSTYNE MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State

Industrial Board, on the ground that the award is sustained by the employer's reports of injury, in connection with the other evidence. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of CATHERINE GRALA, Respondent, against GIMINSKI-NUGENT COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of FRANK McCORMICK, Respondent, against STANDARD TEXTILE PRODUCTS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.